# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lamain Holliday,<br><br>Plaintiff,<br><br>v.<br><br>Las Vegas Metropolitan Police Department; Officer W. Hall #19433 (LVMPD); Clark County Sheriff Kevin McMahill; and Clark County Commissioners,<br><br>Defendants. | Case No. 2:24-cv-00113-APG-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff Lamain Holliday's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **February 20, 2024** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **February 20, 2024,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **February 20, 2024**, the Court will recommend dismissal of this action.

DATED: January 18, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE