# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lamain Holliday, | Case No. 2:24-cv-00113-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

Before the Court is plaintiff Lamain Holliday's application to proceed *in forma pauperis*. (ECF No. 4). Plaintiff's application is incomplete because he did not sign the acknowledgement on page 3 that "a false statement or answer to any question in this declaration will subject me to penalties of perjury." (ECF No. 4 at 3). The Court will thus require Plaintiff to resubmit his application and the acknowledgement, fully signed. Plaintiff **does not** need to file another financial certificate or trust account statement. He need **only** refile a completed application and acknowledgement.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **denied without prejudice**. The Clerk of Court is kindly directed to send Plaintiff the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying information packet. The Clerk of Court is also kindly directed to send Plaintiff a copy of his application to proceed *in forma pauperis* (ECF No. 4).

**IT IS FURTHER ORDERED** that on or before **April 1, 2024**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* and its acknowledgement; or (2) pay the full $405 filing fee, which includes the $350 filing fee and the $55 administrative fee. If Plaintiff chooses to file a complete application to proceed *in forma pauperis*, Plaintiff **does not**

need to file another financial certificate or trust account statement.  He only needs to file the application and acknowledgement.  **Failure to comply with this order may result in a recommendation that this case be dismissed.**

DATED: February 29, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE