# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lamain Holliday,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00113-APG-DJA<br><br>**Order** |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 6). The Court received notice that Plaintiff's mail was not deliverable as addressed.[1] (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address.

---

[1] It appears that Plaintiff may have included the address for social mail. However, the Clark County Detention Center's listed address for legal mail is different than that for social mail. The Court will thus send a copy of this order to the Clark County Detention Center's address for legal mail.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **April 17, 2024.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed. The Clerk of Court is kindly directed to mail a copy of this order to Plaintiff at the below address.

**Lamain Holliday -  #1228418**
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

DATED: March 19, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE