UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lamain Holliday,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00113-APG-DJA<br><br>**Report and Recommendation** |

　　　　On March 19, 2024, the Court noted that Plaintiff's mail had been returned undeliverable and that Plaintiff may have included the wrong address for legal mail at the Clark County Detention Center. (ECF No. 7). The Court ordered Plaintiff to update his address on or before April 17, 2024, and sent the order both to the address Plaintiff provided and to the correct address for legal mail at the Clark County Detention Center. (*Id.*). That order explained that "[f]ailure to comply with this order may result in a recommendation to the District Judge that this case be dismissed." To date, Plaintiff has not filed anything further in this action and the Court has received the letter sent to the address for legal mail at the Clark County Detention Center back as undeliverable. (ECF No. 8).

　　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff at the address on the docket and at the below address:

**Lamain Holliday - #1228418**

Clark County Detention Center

330 S. Casino Center Blvd.

Las Vegas, NV 89101

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: June 28, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE