# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMAIN HOLLIDAY,<br><br>　　Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　Defendants | Case No.: 2:24-cv-00113-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 9] |

On June 28, 2024, Magistrate Judge Albregts recommended that I dismiss plaintiff Lamain Holliday's complaint without prejudice because Holliday did not update his address as ordered. ECF No. 9. Holliday did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). Judge Albregts' report and recommendation was returned in the mail. ECF No. 10. Holliday has not taken any action to update his address or otherwise prosecute this case.

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 9) is accepted, and plaintiff Lamain Holliday's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 16th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE